IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: PHYLLIS FLEMING          )
                                )
U.S. BANK, N.A.,                )
          Creditor,             )
                                )
     vs.                        )  CASE NO. 05B53295
                                )  JUDGE SUSAN PIERSON SONDERBY
PHYLLIS FLEMING,                )
          Debtor                )
```

### **RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes U.S. Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. In February 2006, U.S. Bank, N.A. and debtor agreed to have U.S. Bank, N.A. file an amended claim to pick up December 2005 and January 2006 post petition mortgage payments.

2. In February 2006, the amended claim was filed in the amount of $10,214.80.

3. By agreement of the parties, debtor's attorney was to file a Motion to Amend the Plan post confirmation to pay the Amended Claim in full filed by U.S. Bank, N.A.

4. This was never done.

5. Debtor's attorney has been contacted and will be filing said Motion shortly.

6. The Debtor is due for the January 2007 mortgage payment and all those thereafter.

7. The following is an itemization of the amount due on the loan as

of November 17, 2006.

    a. Monthly payments    1/07- 2/07    2 @ $1,456.76 =   $2,913.52

    b. Debtor's Suspense                                    ($71.57)

Total                                                       $2,841.93


Respectfully Submitted,
U.S. Bank, N.A.

/s/Dana N. O'Brien
Dana N. O'Brien
ARDC#6256415

Pierce and Associates, P.C.
1 NORTH DEARBORN STREET
SUITE 1300
Chicago, Illinois 60602
(312)346-9088