```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 53295
   PHYLLIS FLEMING
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-2734


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/13/2005 and was confirmed 12/15/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/16/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
US BANK NA               CURRENT MORTG          .00           .00            .00
US BANK NA               MORTGAGE ARRE    10217.80           .00       10217.80
BANK OF AMERICA NA       UNSEC W/INTER   NOT FILED           .00            .00
CAPITAL ONE SERVICES     UNSEC W/INTER     1076.40         76.92            .00
CITY OF CHICAGO PARKING  UNSEC W/INTER      200.00           .00            .00
CREDIT COLLECTION SERVIC UNSEC W/INTER   NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI UNSEC W/INTER    13686.24       1008.02            .00
TCF NATIONAL BANK        UNSEC W/INTER   NOT FILED           .00            .00
US BANK CN OH W15        UNSEC W/INTER     8167.84        534.14            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER      878.03         55.88            .00
RICHARD S BASS           DEBTOR ATTY       2,400.00                     2,400.00
TOM VAUGHN               TRUSTEE                                          830.87
DEBTOR REFUND            REFUND                                            11.37

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              15,135.00

PRIORITY                                          .00
SECURED                                     10,217.80
UNSECURED                                         .00
    INTEREST                                 1,674.96
ADMINISTRATIVE                               2,400.00
TRUSTEE COMPENSATION                           830.87
DEBTOR REFUND                                   11.37
                    ---------------       ---------------
TOTALS               15,135.00              15,135.00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 53295 PHYLLIS FLEMING
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE